```
TIMOTHY COURCHAINE
United States Attorney
District of Arizona

CLAY S. REHRIG
Special Assistant U.S. Attorney
Illinois State Bar No. 6302823
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: clay.rehrig@usdoj.gov
Attorneys for Plaintiff
```

FILED ✓ / LODGED ___
RECEIVED ___ / COPY ___

APR 0 1 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Ronald Eldred Hovel,<br><br>　　　　　　Defendant. | No. CR-25-08048-PCT-KML (ESW)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 2250(a)<br>(Failure to Register as a Sex Offender)<br>Count 1 |

**THE GRAND JURY CHARGES:**

Between on or about August 22, 2023 and continuing through on or about March 13, 2025, in the District of Arizona, Defendant, RONALD ELDRED HOVEL, a person required to register under the Sex Offender Registration and Notification Act and a sex offender by reason of a conviction under federal law for Sexual Abuse in violation of 18 U.S.C. §§ 1153 and 2243(a) in the United States District Court for the District of Arizona, in case number CR-03-00358-001-PCT-JAT, did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act.

///

///

In violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: April 1, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/*
CLAY S. REHRIG
Special Assistant U.S. Attorney